**FILED**
7/2/2025
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
By: _____CO_____
　　　　　　　　Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No: SA:25-CR-00388-XR |
| Plaintiff | |
| v. | **I N D I C T M E N T** |
| | Ct 1: 18 U.S.C. §111(a)(1) & (b) |
| JAIME ALBERTO QUINTANILLA-CHAVEZ | Assault on a Federal Officer |
| Defendant | |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
(18 U.S.C. §111(a)(1) & (b))

On or about June 20, 2025, in the Western District of Texas, the Defendant,

**JAIME ALBERTO QUINTANILLA-CHAVEZ**

did forcibly assault, resist, oppose, impede, intimidate, and interfere with a person designated in 18 U.S.C. § 1114, to wit: a Special Agent with Homeland Security Investigations (HSI), who was engaged in the performance of official duties, and that in doing such acts inflicted bodily injury, in violation of 18 U.S.C. §111(a)(1) & (b).

A TRUE BILL.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
FOREPERSON OF THE GRAND JURY

JUSTIN R. SIMMONS
UNITED STATES ATTORNEY

BY: _____
FOR Sarah Wannarka
Assistant U.S. Attorney