UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>JAIME ALBERTO QUINTANILLA-CHAVEZ,<br>    Defendant. | No. 5:25-CR-00388-XR |

## NOTICE OF APPEAL

The United States appeals to the United States Court of Appeals for the Fifth Circuit from this Court's order entered on October 21, 2025 (ECF No. 64), dismissing the Indictment and suppressing and excluding evidence, as well as this Court's order of December 8, 2025 (ECF No. 67), denying the Motion for Reconsideration. The United States certifies that this appeal is not taken for purpose of delay and that the evidence at issue is substantial proof of facts material in the proceeding.

Respectfully submitted,

 /s/ Justin R. Simmons
Justin R. Simmons
United States Attorney


By:   /s/ Sarah Wannarka
Sarah Wannarka
Assistant United States Attorney
Texas Bar No. 24013710
601 NW Loop 410, Suite 600
San Antonio, Texas 78216
(210) 384-7192

## Certificate of Service

    I certify that on January 6, 2026, I electronically filed this document with the Clerk of Court using the CM/ECF system, which will send notification to all counsel of record.

                                  */s/ Sarah Wannarka*  
                                  Sarah Wannarka  
                                  Assistant United States Attorney